UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                               :

STASON SUTTON,                          :

                     Plaintiff,     :

                                 :          26 Civ. 1145 (LGS)

          -against-              :

                               :          <u>ORDER</u>

GSH ASSOCIATES, LLC & DANA'S, LLC,  :

                   Defendants.  :
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 7, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the April 7, 2026, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if any party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6.  It is further

**ORDERED** that Defendant's motion to adjourn the conference is **DENIED** as moot.  It is further

**ORDERED** that, by **April 7, 2026**, Plaintiff shall file proof of service of the summons and Complaint on Defendant GSH Associates, LLC.  By **April 21, 2026**, Plaintiff shall file a

motion for default judgment and supporting papers required by Local Civil Rule 55.2 as to Defendant GSH Associates, LLC.

Pursuant to the parties' request, an order referring this case to the Court-annexed mediation program will issue separately.  The parties should be aware that fact and expert discovery deadlines will not be extended absent compelling circumstances, which do not include settlement discussions.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 10.

Dated: April 1, 2026
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE