

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NY  10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

June 12, 2026

**VIA ECF**
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The application to extend the fact discovery deadline is **DENIED** as withdrawn.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 28.

Dated: June 15, 2026
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    *Sutton v. GSH Associates, LLC and Dana's LLC*

Dear Judge Schofield:

We represent Defendant Dana's LLC in the above-referenced matter. Together with counsel for Plaintiff, we write pursuant to Your Honor's Order dated June 8, 2026, requesting that the moving parties demonstrate diligence and compelling need to extend the deadline to complete fact discovery.

The moving parties understand that, pursuant to paragraph 8(g) of the Scheduling Order entered April 1, 2026, the parties may extend the deadlines in paragraphs 8(b) through 8(f) by written consent of all parties, provided that all fact discovery is completed by the deadline set forth in the Scheduling Order (August 5, 2026). The moving parties will proceed accordingly and withdraw their request to extend fact discovery past August 5, 2026.

Very truly yours,

ELLENOFF GROSSMAN & SCHOLE LLP

Amanda M. Fugazy
Gregg M. Kligman
Rebecca A. Stark

{01656835.DOCX.2}